IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:16cr48 DPJ-FKB

YENI BEATRIZ GUZMAN and  18 U.S.C. § 4
RENE FRANCISCO AGULIAR-GONZALEZ

**The United States Attorney charges:**

That on or about April 26, 2016, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **YENI BEATRIZ GUZMAN and RENE FRANCISCO AGULIAR-GONZALEZ**, having knowledge of the actual commission of a felony cognizable by a court of the United States, did conceal and fail to as soon as possible make known said felony to some judge or authorities under the United States, in that the defendants, knowing and reckless disregard of the fact that aliens, namely: Dinora Yanira Guevera Zelaya, Wilson Alexander Ortiz-Granados, E. A. (a minor), K. L-C. (a minor), I. A. A. (a minor), and J. O.-G. (a minor), had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation, namely: a motor vehicle, in furtherance of such violation of Section 1324(a)(1)(A)(ii), Title 8, United States Code.

All in violation of Section 4, Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney